CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKH
JUL 12 2011
JULIA C. DUDLEY, CLERK
BY: /s/ H McOmad
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| RICHARD DWAYNE MCKINNEY, | ) | Civil Action No. 7:11-cv-00329 |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | By: Hon. Jackson L. Kiser |
| LEE COUNTY CIRCUIT COURT, | ) | Senior United States District Judge |
| Respondent. | ) | |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, is **DISMISSED without prejudice** for failure to exhaust state court remedies; a Certificate of Appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 12th day of July, 2011.

/s/ Jackson L. Kiser
Senior United States District Judge